No. 82–481.  COTTON BELT INSURANCE CO., INC. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ■

No. 82–541.  SAM ET AL. *v.* UNITED STATES.  Ct. Cl. Certiorari denied. ■

No. 82–654.  ATLAS TILE & MARBLE CO. ET AL. *v.* SHAHADY ET AL.  C. A. D. C. Cir.  Certiorari denied. ■

No. 82–701.  NEW CASTLE AREA TRANSIT AUTHORITY *v.* KRAMER ET AL.  C. A. 3d Cir.  Certiorari denied. ■

No. 82–714.  SEATH *v.* REGULATIONS AND PERMITS ADMINISTRATION ET AL.  Sup. Ct. P. R.  Certiorari denied.

No. 82–734.  DEL JUNCO ET AL. *v.* CONOVER, COMPTROLLER OF THE CURRENCY, ET AL.  C. A. 9th Cir.  Certiorari denied. ■

No. 82–742.  FOUNDATION FOR THE HANDICAPPED *v.* DEPARTMENT OF SOCIAL AND HEALTH SERVICES OF WASHINGTON.  Sup. Ct. Wash.  Certiorari denied. ■

No. 82–812.  STEVENSON ET AL. *v.* GENERAL ELECTRIC CO. ET AL.  C. A. 6th Cir.  Certiorari denied. ■

No. 82–813.  DUBOIS ET AL. *v.* CITY OF COLLEGE PARK ET AL.  Ct. App. Md.  Certiorari denied. ■

No. 82–826.  WALKER *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 82–828.  ARRINGTON *v.* NEW YORK TIMES CO. ET AL.  Ct. App. N. Y.  Certiorari denied. ■